UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TANISHA COLEY                                JURY TRIAL DEMANDED

V.                                           CASE NO. 3:17 CV

GGL, LLC d/b/a KIA OF STAMFORD

**COMPLAINT**

1. This is an action for actual, statutory, or punitive damages and attorneys fees for violation of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, *et seq.;* for violation of the Connecticut Unfair Trade Practices Act, section 42-110a Conn. Gen. Stat. et seq.; Conn. Gen. Stat. § 52-565 for civil forgery; for breach of the duty of good faith and fair dealing; or for violation of the common law of misrepresentation.

2. This court has jurisdiction. 15 U.S.C. § 1640(e); 28 U.S.C. § 1331 and §1367.

3. Plaintiff is a citizen of Connecticut.

4. Defendant is a Connecticut corporation doing business as a car dealer at 263 Selleck St, Stamford CT

5. On December 12, 2016, plaintiff went window-shopping for a car at defendant's place of business.

6. She entered information on defendant's computer to find out whether she had sufficient credit to buy a car.

7. She did not buy a car or sign or receive any documents concerning a car purchase.

8. Some days thereafter, plaintiff found a car loan on her credit report, reflecting an "Opened Date" of Dec. 12, 2016, and a "Balance" of $17,737.

9. The Defendant had electronically booked a car loan for plaintiff with Credit

Acceptance Corporation for a 2013 Mazda that she never purchased or took possession of.

10. There is a counterfeited retail installment contract (the "document") that was never given to her, with her forged signatures and initials appearing thereon.

11. The document falsely recites that she made a $7,000 down payment.

12. The document includes $674 as a charge for GAP protection that plaintiff did not request or want.

13. The dealer did not provide any copy of the GAP protection to plaintiff.

14. The document includes $1,301 for an extended warranty or service contract that plaintiff did not request or want.

15. The dealer did not provide any copy of the warranty or service contract to plaintiff.

16. The document shows a sales price of some $20,000, well over market price for a 2013 Mazda.

17. Plaintiff believes that the excess price was to enable the dealer to recoup the discount fee charged by the finance company, Credit Acceptance.

18. Because of the excess price, the document included sales taxes that would not have been changed in a cash transaction.

19. The document shows a finance charge of $10,974.71 and an annual percentage rate of 18.99%.

20. The defendant's acts complained of herein were done or omitted as a matter of routine practice and procedure, intentionally and/or in reckless disregard of the rights of the consumer plaintiff.

DAMAGES

Due to the defendant's conduct, plaintiff suffered an inaccurate credit report, inconvenience, expense, and anxiety.

WHEREFORE, it is respectfully prayed that this Court:

1. Award TILA statutory damages of $2,000, plus other statutory, actual, or punitive damages to the plaintiff under the applicable statutes, or common law.

2. Award costs and a reasonable attorney's fee.

3. Award such other or further relief as the Court deems just or equitable.

                THE PLAINTIFF

BY___/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER  ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395
faulknerlawoffice@snet.net