UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TANISHA COLEY | JURY TRIAL DEMANDED |
| V. | CASE NO. 3:17 CV 3 (AWT) |
| GGL, LLC d/b/a KIA OF STAMFORD | |

NOTICE OF SETTLEMENT

The Plaintiff hereby notifies the Court that On February 15, 2017, the defendant unconditionally agreed to pay $4,500 to plaintiff to resolve this matter. Plaintiff has not yet received the funds.

Pursuant to D. Conn. Local Civ. Rule 16(b), this is to request that all pending deadlines, motions and pleadings be held in abeyance for 30 days pending filing of the appropriate closing document. Plaintiff will request that judgment enter for plaintiff in the agreed amount if the parties have not dismissed the matter by that date.

THE PLAINTIFF

By:_____/s/ Joanne S. Faulkner_____          Date: March 15, 2017
Joanne S. Faulkner ct 04137
123 Avon Street
New Haven, CT 06511
(203) 772-0395

Certificate of Service

I hereby certify that on March 15, 2017, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137