UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TANISHA COLEY

V.                                    CASE NO. 3:17 CV 3 (AWT)

GGL, LLC d/b/a KIA OF STAMFORD

MOTION FOR JUDGMENT
IN ACCORDANCE WITH SETTLEMENT AGREEMENT

The Plaintiff previously notified the Court that On February 15, 2017, the defendant unconditionally agreed to pay $4,500 to plaintiff to resolve this matter. Plaintiff has not yet received the funds.

Pursuant to case law stated in the attached memorandum, the dollar amount of the settlement agreement is summarily enforceable. Accordingly, plaintiff requests the Court to summarily enter judgment against defendant in the amount of $4,500 per the agreement, plus $500 for making this motion necessary.

THE PLAINTIFF

ORAL ARGUMENT NOT REQUESTED

By_____/s/ Joanne S. Faulkner __
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on April 13, 2017, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___