UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TANISHA COLEY

V.    CASE NO. 3:17 CV 3 (AWT)

GGL, LLC d/b/a KIA OF STAMFORD

## AFFIDAVIT

The undersigned certifies, pursuant to 28 U.S.C. §1746, as follows:

1. Attached is an email string in which the parties settled this case as between them for $4,500, payable to the undersigned's trust account. On February 15, defense counsel stated, "We just received final authority to settle the claims for $4,500.00" for plaintiff and her cosigner.

2. As of February 22, 2017, defense counsel reported that his office was "just waiting on receipt of funds."

3. As of this date, no funds have been remitted to the undersigned.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2017.

__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395

Subject: Re: Tanisha Coley v. GGL, LLC 3:17-cv-00003 (AWT)
From: Andrew Barsom <abarsom@sgllawgroup.com>
Date: 2/15/2017 6:58 PM
To: Joanne Faulkner <j.faulkner@snet.net>

Hi Joanne,

Apologies about the delay - we just received final authority to settle the claims for $4,500.00. I will revise your form release to include Ms. Coley and Mr. Sing as releasors tomorrow and send to you for review.

Thanks again for your patience and forbearance.

Andrew P. Barsom
Partner

Seiger Gfeller Laurie LLP
860-760-8423 (Direct)
abarsom@sgllawgroup.com

On Feb 15, 2017, at 1:40 PM, Joanne Faulkner <j.faulkner@snet.net> wrote:

> Yes. My release template attached. Please fill in the blanks.
>
> Joanne S. Faulkner, Attorney
> 123 Avon Street
> New Haven CT 06511
> (203) 772-0395
> j.faulkner@snet.net
> faulknerctlaw@gmail.com
>
> On 2/15/2017 1:00 PM, Andrew Barsom wrote:
>
>> Hi Joanne,
>>
>> I have a question from my client -- they want confirmation that if the settlement sum demanded is paid there will be a release provided by all parties (Ms. Coley and Mr. Sing) so that all parties agree to release any and all claims related to the transaction. Would you be able to confirm that this is agreeable?
>>
>> Thanks!
>>
>> **Andrew P. Barsom**
>> **Partner**
>> **Seiger Gfeller Laurie LLP**
>>
>> Direct: 860.760.8423
>> abarsom@sgllawgroup.com

RE: Coley - GGL (Kia Stamford)

**Subject:** RE: Coley - GGL (Kia Stamford)
**From:** Andrew Barsom <abarsom@sgllawgroup.com>
**Date:** 2/22/2017 2:05 PM
**To:** Joanne Faulkner <j.faulkner@snet.net>

Hi Joanne,

Just to bring you up to speed – we are just waiting on receipt of funds and will remit to you along with the release once received.

Thanks again.

**Andrew P. Barsom**
**Partner**
**Seiger Gfeller Laurie LLP**

Direct: 860.760.8423
abarsom@sgllawgroup.com
www.sgllawgroup.com

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail, destroy any printed copies and delete this e-mail message from your computer or other electronic device. Thank you.

Certificate of Service

   I hereby certify that on April 13, 2017, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              ____/s/ Joanne S. Faulkner____
           JOANNE S. FAULKNER ct04137
            123 Avon Street
            New Haven, CT 06511-2422
            (203) 772 0395
            j.faulkner@snet.net