UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TANISHA COLEY | : NO.: 3:17 CV 3 (AWT) |
| v. | : |
| GGL, LLC D/B/A KIA OF STAMFORD | : APRIL 21, 2017 |

**DEFENDANT'S STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS**

The defendant, GGL, LLC d/b/a Kia of Stamford (the "Defendant") hereby submits this status report in accordance with the order of the Court (Thompson, J.) entered on April 17, 2017 (Doc. ID # 11) requiring a status report as to the stance of the settlement agreement/ negotiations between the plaintiff, Tanisha Coley (the "Plaintiff") and itself.

Undersigned counsel respectfully submits that the status of the settlement is still pending completion as to form of agreement and releases. The most current revision to the agreement is pending approval of the Defendant as to the terms of the revised settlement agreement provided by its counsel to Plaintiff's counsel on April 18, 2017 and returned as a redlined revised draft by Plaintiff's counsel on the same date. Undersigned counsel further represents that the settlement sum has been agreed as set forth within the attached affidavit and the form of the settlement agreement is what remains to be completed. It is expected that the negotiation of the terms of the settlement agreement will be completed within two (2) weeks of the date of this report.

Accordingly, Defendant respectfully requests an extension of time to finalize negotiation of the settlement agreement which remains in progress as stated within the attached affidavit of counsel.

        DEFENDANT – GGL, LLC D/B/A KIA OF STAMFORD

        By  /s/ Andrew P. Barsom
          Andrew P. Barsom – ct27594
          abarsom@sgllawgroup.com

        Seiger Gfeller Laurie LLP
        977 Farmington Ave. / Suite 200
        West Hartford, CT 06107
        T: 860-760-8400 / F: 860-760-8401
        Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on April 21, 2017, a copy of the foregoing status report and attached affidavit was filed electronically through the Court's CM/ECF filing portal and therefore served electronically or by mail on anyone unable to accept electronic filing.

By  /s/ Andrew P. Barsom
Andrew P. Barsom – ct27594
abarsom@sgllawgroup.com