UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TANISHA COLEY | : | NO.: 3:17 CV 3 (AWT) |
| v. | : | |
| GGL, LLC D/B/A KIA OF STAMFORD | : | APRIL 21, 2017 |

**AFFIDAVIT OF COUNSEL REGARDING SETTLEMENT STATUS**

I, Andrew P. Barsom, being duly sworn hereby depose and say:

1. I am over the age of 18 years and understand the obligations of an oath.

2. I am a Partner with Seiger Gfeller Laurie LLP ("SGL"), which is counsel for the Defendant in this action.

3. I have personally handled the negotiation, drafting and communication relative to the proposed settlement of the pending action between Plaintiff and Defendant.

4. On or about January 24, 2017, SGL was retained as counsel for the Defendant.

5. A waiver of service of process was provided to Plaintiff's counsel on January 30, 2017.

6. A notice of appearance on behalf of Defendant was filed with this Court on January 30, 2017.

7. Settlement discussions occurred between counsel for the parties through February 15, 2017. On February 15, 2017, Defendant approved settlement of Plaintiff's claims for the sum of $4,500.00.

8. A draft settlement and release agreement was drafted and provided to

Defendant for review on said date. Defendant approved the terms of the proposed settlement agreement on March 6, 2017.

9. The draft settlement agreement was provided to Plaintiff's counsel on March 6, 2017.

10. On March 6, 2017, Plaintiff's counsel informed undersigned counsel that the draft settlement agreement was "[w]ordy, overlong, unnecessary…. Needs to be all on one page in plain language."

11. On March 15, 2017, Plaintiff's counsel informed undersigned counsel that the settlement demand would increase by $1,000.00 for negotiation of a settlement agreement.

12. On March 27, 2017, a draft release was transmitted to Plaintiff's counsel for consideration of the form and terms of the settlement agreement.

13. On April 12, 2017, Plaintiff's counsel notified undersigned counsel that the release form transmitted on March 27, 2017 was "way overbroad."

14. On April 11, 2017, Plaintiff's counsel stated payment of an additional $1,000.00 as part of the settlement sum would be required for negotiation of a settlement agreement and release. Plaintiff's counsel stated, "That $1,000 is for negotiating a new agreement. We would not accept yours under any circumstances. It would have to be radically changed."

15. A proposed form release was transmitted by Plaintiff's counsel to undersigned counsel on April 12, 2017. Defendant rejected the terms and form of the Plaintiff's proposed release on April 18, 2017.

16. On April 18, 2017, undersigned counsel notified Plaintiff's counsel that

Defendant had agreed to pay the additional sum of $1,000.00 for further negotiation of the terms of the settlement agreement and release. A further revised draft agreement was transmitted to counsel on said date. A copy of this agreement is annexed hereto as Exhibit 1.

17. On April 18, 2017, Plaintiff's counsel remitted a redlined, revised version of the draft settlement agreement and release. A copy of this version of the draft agreement is annexed hereto as Exhibit 2.

18. Defendant's counsel forwarded the redlined, revised draft settlement agreement to Defendant for review and revision/ acceptance on April 18, 2017. Undersigned counsel is currently awaiting return of the agreement with any comments/ revisions for discussion with Plaintiff's counsel.

19. Undersigned counsel states that the settlement has been agreed to in terms of amount of consideration but the form of the settlement agreement and, most importantly, the language of the operative agreement and release has not yet been specifically agreed to and accepted by all parties. It is anticipated that completion of the negotiation of the form of the settlement agreement will occur within the two weeks requested within the attached status report.

Further affiant sayeth naught.

By: *[signature]*
Andrew P. Barsom

7

STATE OF CONNECTICUT    :
                        :     ss: West Hartford
COUNTY OF HARTFORD      :

Subscribed and sworn to before me this 21st day of April, 2017.

_____
Sara Hance
Notary Public
My Commission Expires: